358

due process rights. Magee's petition for review was not timely filed, however. *See* 8 U.S.C. § 1252(b)(1). Therefore, we lack jurisdiction to review the merits of his claims. *See Karimian–Kaklaki v. INS,* 997 F.2d 108, 113 (5th Cir.1993).

PETITION DISMISSED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lekena Nekole SIMMONS,
Defendant–Appellant.**

**No. 05–40704
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2007.

Alan Reeve Jackson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Jeffrey Scott Harrelson, Harrelson, Moore & Giles, Texarkana, AR, Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Lekena Nekole Simmons has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). A copy of counsel's motion was sent to Simmons at multiple addresses, and she has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities; and the appeal is **DISMISSED**. *See* 5th Cir. R. 42.2.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**1997 CADILLAC DEVILLE,
etc.; et al., Defendants,**

**Frederico Gonzalez, also known as
Viejon, Claimant–Appellant.**

**No. 05–11265
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

'  Feb. 15, 2007.

Chad Eugene Meacham, U.S. Attorney's Office, Northern District of Texas, Dallas,

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

TX, Angie Lee Henson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Frederico Gonzalez, Seagoville, TX, pro se.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Fifth Circuit Rule 47.6.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramiro PACHECO, also known as Ramiro Pacheco, Jr., Defendant–Appellant.**

No. 05–11166

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 15, 2007.

J. Michael Worley, Nancy E. Larson, Assistant U.S. Attorneys, U.S. Attorney's

Office, Fort Worth, TX, for Plaintiff–Appellee.

Peter Michael Fleury, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Ramiro Pacheco appeals his illegal reentry conviction and sentence. Pacheco's constitutional challenge to 8 U.S.C. § 1326(b) is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Pacheco contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* — U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Pacheco properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review.

Pacheco's argument that the sentencing disparities created by U.S.S.G. § 5K3.1's fast-track sentencing program rendered

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.